IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

HENRY EDWARD BLAIR, )
)
        Petitioner, )
) Civil No. 10-615-TC
)
  v. )
) ORDER
STATE OF OREGON, )
)
        Respondent. )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on November 18, 2011, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1);

1     - ORDER

<u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).

Petitioner has timely filed objections. I have, therefore, given <u>de</u> <u>novo</u> review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed November 18, 2011, in its entirety. Petitioner's petition (#1) is denied without prejudice. This proceeding is dismissed. The clerk of court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 12th day of Feb., 2012.

_____
UNITED STATES DISTRICT JUDGE

2   - ORDER